# UNITED STATES DISTRICT COURT

### for the
### Southern District of Illinois

_Cassidy Green_

)
)
)
)
)

_Plaintiff(s)/Petitioner(s)_

v.

_C. Wall_
_John or Jane Doe #1_
_John or Jane Doe #2_
_John or Jane Doe #3_

_Defendant(s)/Respondent(s)_

)
)
)
)
)
)
)
)
)

Case Number: _20 - cv - 01078 RJD_

_(Clerk's Office will provide)_

☑ CIVIL RIGHTS COMPLAINT (_Proposed Amended_)
pursuant to 42 U.S.C. §1983 (State Prisoner)

☐ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331 (Federal Prisoner)

☐ CIVIL COMPLAINT
pursuant to the Federal Tort Claims Act, 28 U.S.C.
§§1346, 2671-2680, or other law

## I.   JURISDICTION

### Plaintiff:

A.   Plaintiff's mailing address, register number, and present place of confinement.

### Defendant #1:

B.   Defendant _____ is employed as
        (a)         (Name of First Defendant)

_____
        (b)         (Position/Title)

with _____
        (c)         (Employer's Name and Address)

_____

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government?   ☐ Yes   ☐ No

If your answer is YES, briefly explain:

Rev. 7/20/18

# UNITED STATES DISTRICT COURT

for the
Southern District of Illinois

_Cassidy Green_

)
)
)
)
)
)

**Plaintiff(s)/Petitioner(s)**

v.

_Nurse Brittany "Doe"_
_Nurse Jane Doe_
_David Mitchell_

)
)
)
)
)
)
)
)

**Defendant(s)/Respondent(s)**

Case Number: _20 -CV - 01078  RJD_

*(Clerk's Office will provide)*

☑ CIVIL RIGHTS COMPLAINT _(Proposed Amended )_
pursuant to 42 U.S.C. §1983 (State Prisoner)
☐ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331 (Federal Prisoner)
☐ CIVIL COMPLAINT
pursuant to the Federal Tort Claims Act, 28 U.S.C.
§§1346, 2671-2680, or other law

## I.   JURISDICTION

**Plaintiff:**

A.   Plaintiff's mailing address, register number, and present place of confinement.

**Defendant #1:**

B.   Defendant _____ _C . Wall_ _____ is employed as
     (a)   (Name of First Defendant)

_____ _Lieutenant_ _____
     (b)   (Position/Title)

with _____ _Pinckneyville_ _____
     (c)   (Employer's Name and Address)

_____ _5835 State Rt. 154 , Pinckneyville , Il 62274_

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government?   ☑ Yes   ☐ No

If your answer is YES, briefly explain: _IDOC Employee_

**Defendant #2:**

C.    Defendant _John or Jane Doc #1_____ is employed as

_____(Name of Second Defendant)_____

_____Correctional Officer_____
(Position/Title)

with _____Pinckneyville_____
(Employer's Name and Address)

_____5835 State Rt. 154, Pinckneyville, IL_____
62274

At the time the claim(s) alleged in this complaint arose, was Defendant #2
employed by the state, local, or federal government?  ☑ Yes   ☐ No

If you answer is YES, briefly explain: IDOC Employee

**Additional Defendant(s) (if any):**

D.    Using the outline set forth above, identify any additional Defendant(s).

Defendant # 3

John or Jane Doe #2
Correctional Officer
Pinckneyville C.C.
5835 State Rt. 154
Pinckneyville, IL 62274

IDOC Employee

Defendant # 4

John or Jane Doe #3
Correctional Officer
Pinckneyville C.C.
5835 State Rt. 154
Pinckneyville, IL 62274

IDOC Employee

Defendant # 5

Nurse Brittany Doe
Nurse
Pinckneyville C.C.
5835 State Rt. 154
Pinckneyville, IL 62274

IDOC / Wexford Employee

Defendant # 6

Nurse Jane Doe
Nurse
Pinckneyville C.C.
5835 State Rt. 154
Pinckneyville, IL 62274

IDOC / Wexford Employee

Defendant #7

David Mitchell
Warden
Pinckneyville CC
5835 State Rt. 154
Pinckneyville, IL 62274

IDCC/Employee

6 of 36

## II.   PREVIOUS LAWSUITS

A.   Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?  ☑Yes  ☐No

B.   If your answer to "A" is YES, describe each lawsuit in the space below.  If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.  You must list ALL lawsuits in any jurisdiction, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)).  FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1.   Parties to previous lawsuits:
Plaintiff(s):  Cassidy Green

Defendant(s):  Stateville NRC
Warden Doc

2.   Court (if federal court, name of the district; if state court, name of the county): (N.D. Ill.) Eastern Division

3.   Docket number:  15-C 7874

4.   Name of Judge to whom case was assigned: Unknown

5.   Type of case (for example: Was it a habeas corpus or civil rights action?): Conditions of Confinement

6.   Disposition of case (for example: Was the case dismissed?  Was it appealed?  Is it still pending?): Dismissed without explanation

7.   Approximate date of filing lawsuit:  9/2015

Rev. 7/20/18

8.   Approximate date of disposition: 1 / 2016

9.   Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?" No

## III.   GRIEVANCE PROCEDURE

A.   Is there a prisoner grievance procedure in the institution? ☐ Yes   ☐ No

B.   Did you present the facts relating to your complaint in the prisoner grievance procedure?   ☐ Yes   ☐ No

C.   If your answer is YES,
1.   What steps did you take?

2.   What was the result?

D.   If your answer is NO, explain why not.

E.   If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?   ☐ Yes   ☐ No

F.   If your answer is YES,
1.   What steps did you take?

2.   What was the result?

8 of 36

1) Parties To Previous Lawsuits
Plaintiff - Cassidy Green
Defendants - Saitta, Kurht, Copeland, Kramer,

2) Court - (N.D, III.) Eastern Division

3) Docket #          18 - C - 4689

4) Name of Judge     Honorable Castillo

5) Type of Action    Employment

6) Disposition;      Voluntary Withdraw

7) App. Date of Filing: July 2018

8) App. Date of Disposition  Nov 2019

9) Strike's Received      No

9  of  36

1) Parties To Previous Lawsuit
Plaintiff - Cassidy Green
Defendants Valdez, Martin

2) Court - (N.D. Ill) Eastern Division

3) Docket #      18 - C - 5858

4) Name of Judge - Honorable Sharon Johnson Colemar

5) Type of Action - Civil Rights

6) Disposition - Inapplicable / Pending

7) App. Date of Filing - Sept. 2018

8) App. Date of Disposition - Inapplicable

9) Strike(s) Received - No

10 of 36



1) Parties To Previous Lawsuit
Plaintiff - Cassidy Green
Defendants People of The State of Illinois

2) Court - (N.D. Ill) Eastern Division

3) Docket # 18 - C - 7376

4) Name of Judge Honorable Pallmeyer

5) Type of Action Notice of Removal

6) Disposition - Appealed

7) App. Date of Filing - Nov 2018

8) App. Date of Disposition - Nov 2019

9) Strike(s) Received - No

11 of 36

1) Parties To Previous Lawsuit
Plaintiff    - Cassidy Green
Defendant - Boedigheimer, Denault, Helgren

2) Court   - (N.D. Ill.) Eastern Division

3) Docket #      -    18-C-8269

4) Name of Judge - Honorable Sharon Johnson Coleman

5) Type of Action - Civil Rights

6) Disposition    - Inapplicable / Pending

7) App. Date of Filing - Nov 2018

8) App. Date of Disposition - Inapplicable

9) Strike(s) Received      - N/o

12   of   36

1) Parties To Previous Lawsuit
Plaintiff - Cassidy Green
Defendant - Farro, Diaz, Salinas, Bradley, et al.

2) Court (N.D. Ill) Eastern Division

3) Docket #         19 - C - 425

4) Name of Judge   Honorable Valderrama

5) Type of Action   (Civil Rights)

6) Disposition      Inapplicable / Pending

7) App. Date of Filing - Jan 2019

8) App. Date of Disposition - Inapplicable

9) Strikes Received         - No

1) Parties To Previous Lawsuit
Plaintiff     Cassidy Green
Defendant     Jason Edg Comb

2) Court     (N.D. Ill.) Eastern Division

3) Docket #     19-C-4261

4) Name of Judge     Honorable Gettleman

5) Type of Action     Habeas Corpus

6) Disposition     - Appealed

7) App. Date of Filing - April 2019

8) App. Date of Disposition - Oct 2020

9) Strikes Received     - No

1) Parties To Previous Lawsuit
Plaintiff - Cassidy Green
Defendant - Clark, Von Ruden, Rutherford, et al.

2) Court - (N.D. Ill.) Eastern Division

3) Docket # - 20-cv-2859

4) Name of Judge - Honorable Valderrama

5) Type of Action - Civil Rights

6) Disposition - Inapplicable / Pending

7) App. Date of Filing - April 2020

8) App. Date of Disposition - Inapplicable / Pending

9) Strikes Received - No

15 of 36

1) Parties To Previous Lawsuits
Plaintiff - Cassidy Green
Defendant - David Mitchell

2) Court - (N.D. Ill.) Eastern Division

3) Docket # - 21-cv-1771

4) Name of Judge - Honorable Gettleman

5) Type of Action - Habeas Corpus

6) Disposition - Inapplicable / Pending

7) App. Date of Filing - Feb. 2021

8) App. Date of Disposition - Inapplicable

9) Strikes Received - No

16 of 36

8.   Approximate date of disposition:

9.   Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?"

III.   **GRIEVANCE PROCEDURE**

A.   Is there a prisoner grievance procedure in the institution?   ☑ Yes   ☐ No

B.   Did you present the facts relating to your complaint in the prisoner grievance procedure?   ☑ Yes   ☐ No

C.   If your answer is YES,
1.   What steps did you take?
1) Counselor
2) Grievance Officer
3) A.R.B.
2.   What was the result?
Denied Grievance

D.   If your answer is NO, explain why not.
Inapplicable

E.   If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?   ☑ Yes   ☐ No

F.   If your answer is YES,
1.   What steps did you take?
Oral, Verbal Pleas

2.   What was the result?
Ignored

17 of 36

## IV.   STATEMENT OF CLAIM

A.   State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

*See Attachment*

1) Plaintiff states on or about October 16th 2019, at approximately 11ᵒᵒam, the following occurrence took place within (House 5) of (C-Wing) located in the Pinckneyville Correctional Center

2) Plaintiff states at the above time and date (offenders) assigned to cell (5-C-77) ignited a blazing fire within their respective cell.

19 of 36

3) The cell fire was raging
for approximately (10) minutes
Before (Unknown Staff)
John or Jane Doe's 1-3
and defendant (Lt. C. Wall)
took notice of the blaze.

4) The cell fire had immersed
the cell and caused smoke
to billow out into cells located
on the wing, the smoke emitted
from the fire was suffocating
and overwhelming.

20  of  36

5) It took an additional
(5 -10) minutes for fully
equipped (Unknown Officers)‐
        John or Jane Doe's #1 -3
and Lt. Wall to extinguish
the flames.

6) In doing so, the effects of
extinguishing the flames
                            became
suffocating, an nearly
        un-bear-able to the
Plaintiff who was confined to a
        nearby cell.

Footnotes:
Unknown Officers, John or Jane Doe's #1-3
were outfitted in riot gear, with a shield,
and helmets.

                21 of 36

7) Plaintiff cried out to
(Lt. Wall) "I cant breathe",
"I cant breathe" Hey Lt. Wall,
"I need medical.

8) Lt Wall flagrantly disregarded
Plaintiff(s) cries for "Help"
by simply walking
off of the housing unit.

9) Plaintiff was forced to languish
in solitude, despite suffering
from bouts of coughing,
shortness of breath, dizziness,
nausea, light-headed-ness,
headache, due in part from the
smoke from the fire, (and) the
chemical agent utilized by
Lt Wall and Unknown Staff
                    John or Jane Doe's #1-3
to extinguish the flames.
                    22 of 36

10) Subsequent to, the use of said chemical agent, an attempts to extinguish the flames,

11) Nurse Brittany, and Nurse Jane Doe, made rounds by the Housing Unit Cells,

12) At which time, plaintiff cried out to Nurse Brittany "I cant breathe" "I need Medical"

13) However, said cries for
Medical Assistance were
flagrantly disregarded by
Nurse Brittany
Nurse Jane Doe.

14) Instead, Nurse Brittany
and Nurse Jane Doe
simply walked off the
Housing Unit
without providing much needed
Medical attention.

15) Plaintiff states in addition
to the afore-mentioned ( # 9)
said incident gave rise to
fear, panic, anxiety,
severe emotional distress,
other psychological disturbances.

24 of 36

16) Said injuries were compounded as the cells contain metal enclosures, which are placed over the outside windows, thereby obstructing clean, fresh air from entering Plaintiffs cell.

17) Moreover, the ventilation system is inadequate, and the air vents within the cells are coated with particulates, thereby only compounding the effects from the fire, and the extinguishing thereof;

25 of 36

18) Plaintiff notes his cell did not contain a "Call Button" or other means by which he could notify additional staff of his need for Medical treatment.

19) Plaintiff states he called out to Lt. Wall (specifically) in the presence of Unknown Staff (John or Jane Doe's #1-3) an in which all named Staff were able to hear said cries for Medical attention.

20) Although Unknown Staff (John or Jane Does #1-3) and Lt. Wall flagrantly failed to respond to cries for Medical Assistance.

26 of 36

21) Plaintiff notes Unknown Staff
(John or Jane Does #1-3)
certaintly disregarded the safety-
and well-being of Plaintiff
while recklessly disregarding
any health threat posed by the
incident.

22) Lt Wall, and (Unknown Staff)
John or Jane Does #1-3
failed to conduct evacuation
procedures or otherwise which
may have minimized or mitigated
risks associated with
fires; however the foregoing
failed to do so.

27 of 36

23) During said incident
Nurse Brittany, and
Nurse Jane Doe failed
to order Medical evaluations,
examinations or otherwise of
persons confined to their cells.

24) Plaintiff notes without the
assistance of Counsel, he is
un-able to properly identify
defendants cited herein as
(Unknown Staff John or Jane Does # 1-3)

25) The same may be true in properly
identifying Nurse Brittany (and)
Nurse Jane Doe.

28   of   36

26) Warden David Mitchell is so named as a defendant, as plaintiff is seeking Injunctive relief, in addition to monetary damages;

27) Therefore, Mitchell is so named in order to assist in the identification of un-named defendants, an execute any injunction which may be ordered by The Court.

28) David Mitchell is the Warden or Chief Administrative Officer at the Pinckneyville Correctional Center, an is responsible for executing Court Ordered Injunctive relief.

29   of   36

29) Said Incident is traumatizing
in nature and may
continue to have a significant
negative impact on ones overall
well - being

30) The defendants as named
herein, Oretained a duty to
protect individuals in their
care from said harm;

31) Yet failed to take reasonable
measures to ensure
the life's of persons assigned
to their care (defendants) was
safely being guarded.

## V.     REQUEST FOR RELIEF

State exactly what you want this court to do for you.  If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255.  Copies of these forms are available from the clerk's office.

*See Attachment*

## VI.     JURY DEMAND *(check one box below)*

The plaintiff ☑ does   ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on:  5/29/2021
                  (date)

44162 E. 1251st Rd #31
          Street Address

Earlville, IL 60518
          City, State, Zip

_____
Signature of Plaintiff

Cassidy Green
          Printed Name

R42965
          Prisoner Register Number

_____
Signature of Attorney (if any)

37 of 36

1) Monetary Award for Constitutional Rights deprivations

2) Injunctive Relief; including but not limited to;

a) Installation of working smoke detectors and fire alarms throughout the Facility's Housing Units.

b) Installation of cell call buttons to notify or alert staff of issues, problems, or concerns.

c) Stationing staff inside the Housing Unit wings in order to immediately respond to emergencies.

32 of 36

d) Installation of additional housing unit surveillance cameras,

e) Additional Installation of working and up-to-date fire extinguishers

f) Installation of adequate ventilation system.

g) Routine cleaning of "dust" and particulates from the cell vents,

h) Removal of outside metal enclosures from cell windows to allow fresh outside air to enter the cells without obstruction.

I) Installation of cell "call" and "alert" button(s) which would allow staff an institutionalized persons an opportunity to communicate directly.

J) Implement Quarterly fire drills

K) Distribution of Informational and Educational literature relating to fire safety and prevention.

J) Conduct random, un-announced inspections from the Fire Marshal.

34 of 36

Verification.

Pursuant to 28 U.S.C. § 1746,
I declare and verify under
penalty of perjury under the
laws of the United States of
America that the foregoing
is true and correct.
Executed on May 29th, 2021.

Respectfully Submitted,
Green
5/29/21

35 of 36

Certificate of Service

I, Cassidy Green certify
that I have deposited
1) Amended Complaint
2) Attached Motion
3) Motion For Attorney Representation
4) U.S.M. 285 Forms
   within the USP) mail system,
on or about this 29th day of May 2021,

Respectfully Submitted,
C Green
5/29/21

Contact Information
Cassidy Green
4462 E, 1251st Rd #31
Earlville, IL 60518
815) 414-8959

36 of 36

G.    If your answer is NO, explain why not.


H.    Attach copies of your request for an administrative remedy and any
      response you received.  If you cannot do so, explain why not:



U.S. POSTAGE PAID
FCM LG ENV
EARLVILLE, IL
60518
JUN 01, 21
AMOUNT
**$2.80**
R2305K137795-05

1000

62201

Clerk of The Court
750 Missouri Avenue
East St. Louis, IL 62201

Cassidy Green
4462 E. 1251st Rd #31
Earlville, IL 60518

RECEIVED

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

JUN 14 2021